UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ERIC A. BELLER,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.  3:10-cv-05657-RBL-KLS<br><br><br>ORDER OF REMAND |

  Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, this case shall be assigned to a different Administrative Law Judge (ALJ).  The ALJ shall further consider the medical evidence of record, including the opinions of the State agency psychologists.  The ALJ shall also obtain testimony from a psychological expert to help determine the degree of severity of Plaintiff's mental impairments, including schizophrenia.  The ALJ shall also formulate a new residual functional capacity based on a function-by-function assessment of the evidence in accordance with Social Security Ruling (SSR) 96-8p.  Finally, the ALJ shall obtain supplemental testimony

from a vocational expert based on the newly formulated residual functional capacity, and in accordance with SSR 00-4p.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 14th day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3760
Fax: (206) 615-2531
mathew.w.pile@ssa.gov