United States District Judge Ronald B. Leighton

10-CV-05657-ORD

*FILED ___ LODGED*
*___ RECEIVED*

MAR 23 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERIC A. BELLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

CASE NO. 3:10-cv-5657-RBL-KLS

ORDER FOR EAJA FEES, EXPENSES, AND COSTS

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney fees of $2,923.50, and expenses of $19.77, shall be awarded to Plaintiff. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Costs of $350.90 for the filing fee and photocopies are awarded under 28 U.S.C. § 1920. The total is $3,294.17.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Amy Gilbrough, based upon Plaintiff's assignment of these amounts to Plaintiff's

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-cv-5657-RBL-KLS] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue Suite 1030
Seattle, WA 98101
(206) 623-0900

1  attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Amy Gilbrough, at

2  1904 Third Ave., Suite 1030, Seattle, Washington 98101.

3  Dated this 23 day of March, 2011.

```
                                    _____
                                    per RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE
```

7  Presented by:

9  S/AMY M. GILBROUGH
   AMY M. GILBROUGH
10 Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No. 3:10-cv-5657-RBL-KLS] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900